# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Enola Contracting Services, Inc. | ) ASBCA No. 59526 |
| | ) |
| Under Contract No. W91247-11-D-0007 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Allen Clark
President

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Jamal A. Rhinehardt, JA
Trial Attorney

## ORDER OF DISMISSAL

The appeal is withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 14 January 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59526, Appeal of Enola Contracting Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals